Herman Eicksteadt and William Fenz, Appellees, v. Louis A. Cox and Bessie M. Cox, Appellants.

Gen. No. 10,055. 

opinion filed April 18, 1946; rehearing denied February 3, 1947; released for publication February 5, 1947. J. J. McCauley, for appellants; David R. Joslyn and Charles S. Parker, for appellees; Charles S. Parker, of counsel. Opinion by PRESIDING JUS- TICE WOLFE. Not to be published in full.